UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GOMEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNANA,<br><br>　　　　　　Respondent. | Case No. 1:18-cv-01425-LJO-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY RESPONDENT'S MOTION TO DISMISS<br><br>ECF Nos. 11, 13 |

Petitioner Jaime Gomez is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court has referred this matter to a magistrate judge under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 19, 2019, the assigned magistrate judge recommended that the court deny respondent's motion to dismiss. ECF No. 13. Respondent has filed timely objections. ECF No. 16.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on August 19, 2019, ECF No. 13, are adopted in full;

1

2. Respondent's motion to dismiss, ECF No. 11, is denied; and

3. The matter is referred back to the magistrate judge for further proceedings and briefing on the merits.

IT IS SO ORDERED.

Dated: **September 11, 2019**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE